433 A.2d 531

Commonwealth v. Matthews, etc., Appellant.

556

 Submitted November 14, 1980. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and SHERTZ and WIEAND, JJ.

Judgment of sentence affirmed.